199 So.2d 919

**Bennie G. TATE, Sr., Individually and as Administrator of his Minor Son, Bennie G. Tate, Jr.**

v.

**Barney W. HILL, Jr., and Connecticut Fire Insurance Company.**

No. 48741.

June 9, 1967.

In re: Connecticut Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 197 So.2d 107.

Writ refused. No error of law under the facts found by the Court of Appeal.